**IN THE SUPREME COURT OF PENNSYLVANIA**
**WESTERN DISTRICT**

| | | |
|---|---|---|
| IN RE: ADOPTION OF: K.T.W.E. | : | No. 344 WAL 2020 |
| | : | |
| | : | |
| PETITION OF: A.S., NATURAL MOTHER | : | Petition for Allowance of Appeal |
| | : | from the Order of the Superior Court |

## <u>ORDER</u>

**PER CURIAM**

     **AND NOW**, this 13th day of January, 2021, the Petition for Allowance of Appeal is

**DENIED**.